UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-09-00286 |
| | § | |
| $118,109.28 IN U.S. CURRENCY, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has considered the Claim filed by PEMEX-EXPLORACION Y PRODUCCION and the United States Motion for Final Judgment Releasing Funds. The Court finds the motion meritorious.

Upon consideration of the record in this case, the Court makes the following findings:

1. PEMEX-EXPLORACION Y PRODUCCION is the owner of stolen natural gas condensate unlawfully exported from Mexico and sold in United States.

2. PEMEX-EXPLORACION Y PRODUCCION has made a claim to the Defendant Property in this case.

3. The United States served direct written notice on Luis Ariel Rivera, who filed the only other claim in this matter. On June 12, 2009, the Court granted Mr. Rivera's motion to withdraw his claim and answer.

4. The United States properly published general notice of this forfeiture action, and the time for filing claims in response to that notice has expired.

5. The United States has stated that it recognizes the claim of PEMEX-EXPLORACION Y PRODUCCION as owner of the stolen condensate and wishes to release the Defendant Property to PEMEX-EXPLORACION Y PRODUCCION .

Accordingly, upon due consideration:

1. It is ORDERED that PEMEX-EXPLORACION Y PRODUCCION has a valid claim to the Defendant Property.

2. It is ORDERED that all other persons claiming any right, title or interest in or to the $118,109.28 Defendant Property are held in default.

3. It is ORDERED that Customs and Border Protection, Fines, Penalties & Forfeitures, as the custodian of the Defendant Property, transfer the Defendant Property to PEMEX-EXPLORACION Y PRODUCCION within sixty (60) days from the date of this Final Judgment.

4. It is ORDERED that the Clerk of the Court shall forward three certified copies of this Final Judgment to the United States Attorney's Office, Post Office Box

61128, Houston, Texas 77208, to the attention of Assistant United States Attorney Susan B. Kempner.

THIS IS A FINAL JUDGMENT.

Signed in Houston, Texas, this 10th day of September 2009.

_____
Honorable Melinda Harmon
UNITED STATES DISTRICT JUDGE